FREDDIE CASHAW
7316 BRENTWOOD CIRCLE
WACO, TEXAS 76712

Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

**FILED**
APR 13 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ BW _____
DEPUTY CLERK

Freddie Cashaw
7316 Brentwood Circle
Woodway, TX 76712
(Name of plaintiff or plaintiffs)

v.

La Salle Corrections Inc.
192 Bastille Lane, Suite #200
Ruston, La 71270
(Name of defendant or defendants)

Civil Action Number: 6:22-CV-369
(Supplied by Clerk's Office)

## COMPLAINT

1. This action is brought by Freddie Cashaw, Plaintiff, pursuant to the following selected jurisdiction:

(Please select the applicable jurisdiction)

[✓] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant La Salle Corrections Inc. (Defendant's name) lives at, or its business is located at 192 Bastille Lane, Suite #200 (street address), Ruston, La 71270 (city), _____ (state), _____ (zip).

28

Rev. Ed. October 26, 2017

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _La Belle Correctional Inc._ (street address), (city) _Groesbeck_ (state) _TX_ _76642_ (zip). _910 Argus Road_

3b. At all relevant times of claim of discrimination, Defendant employed _1,200.00_ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _Sept. 23_ (month) _9_ (day) _23_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _Sept 23, 2016_

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) _Sept._ (day) _23_ (year) _2016_. (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _March_ (day) _28, 2022_ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[✓] Yes
[ ] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[✓] Race (If applicable, state race) _African American (Black*)_

[ ] Color (If applicable, state color) _____

29

Rev. Ed. October 26, 2017

[ ✓ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) **m**
[ ] Religion (If applicable, state religion) __Baptist__

[ ] National Origin (If applicable, state national origin) ____

[ ] Age (If applicable, state date of birth) __12-02-1953 (68y)__

[ ] Disability (If applicable, state disability) ____

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) ____

The defendant: (please select all that apply)

[ ✓ ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ✓ ] other (specify) __Plaintiff was unable to Communicate by phone (Request status of my application) (Captain) H/R I was placed on wait status, The Agency Then hung up The phone.__

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff PERSONALLY:

**VERY IMPORTANT NOTE:** INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

__Mrs. Sharon Russell H/R Director Threw my application in a small Trash Can.__

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony: __Elgin Asberry - 848 Mole St. Lorena, TX 76642__
__Jorvice M. Asberry - 613 Lenox St. Waco, TX 76704__
__Shondricka A. Asberry - 613 Lenox St. Waco, TX 76704__

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: __Sworn Affidavits from 1 witness who was on duty, and saw/witness H/R Director Mrs. Sharon Russell Threw away my job application in a small Trash Can, located at Horse Shoe Station at detention center, offense, Sept 23, 2016.__

*U.S. Department of Justice*
*Federal Bureau of Prison*
*Law Enforcement Officer (Retired Comp) Jan 31, 2016*
*30 yrs. Corrections Specialist, Federal (U.S Dept of Justice) and State Correctional agencies.*

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [✓] still being committed by defendant.
   [ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to *Pay Compensatory damages (amount of loss "Captain's Pay"* and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees. *of income, resulting from defendant's misconduct.*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date _____

*Freddie Calhoun*
Signature of Plaintiff

*7316 Brentwood Circle*
Address of Plaintiff

*Woodway          TX          76712*
City               State        Zip Code

Telephone Number(s)  *254-339-0014 (Cell)*
                     *254-224-6689 (H)*

31

Rev. Ed. October 26, 2017

*Freddie Cashow* (signature)

Attachment 3 - EEOC Checklist

# EEOC SUIT CHECKLIST

The following items are essential for processing your case. Please use this checklist to make sure you have included all necessary items which are applicable to your claim.

[✓] Did you fill out the complaint form **legibly and completely**?

[✓] Did you attach one copy of the Right to Sue Letter from the E.E.O.C. and the envelope in which it was received to your complaint? (Not applicable to ADEA and EPA claims or federal civil service employees).

[✓] If a determination was made by the E.E.O.C. in your case, did you attach one copy of that determination to your complaint?

[ ] Did you attempt to contact any attorneys? Did you utilize the reference lists provided at the end of the complaint package in your attempt to retain an attorney?

[ ] If you are not being represented by an attorney and want to be represented by a court appointed attorney, did you complete the Request for Appointment of Counsel form?

[ ] Did you complete the Application to Proceed In Forma Pauperis Form? (Applicable to those who wish to have appointed counsel and/or those who wish to represent themselves but cannot afford filing and service of process fees).

[✓] Did you complete the USM-285 and summons forms for each defendant? (These forms are for service of process).

[✓] Did you file with the court the original and one copy of the above forms which are applicable to your case?

[✓] Did you provide corresponding additional copies of your complaint and right to sue letter for each of the defendants you are suing? (Copies are needed for service of process).

[✓] Did you pay the $350.00 filing fee? (Not applicable to those applying to proceed in forma pauperis). **Note:** The court may either grant or deny the Application to Proceed In Forma Pauperis. If the court denies the application, you must pay the filing fee and the service of process costs or your complaint will not proceed through the court.

It is very important that you <u>print legibly</u> throughout these forms so that the judge reviewing your case can read your claim and make proper decisions concerning your claim. If writing space is insufficient for complete answers on any question, you may attach additional pages.

32

Rev. Ed. October 26, 2017