IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **FREDDIE CASHAW** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:22-cv-00369-ADA-DTG |
| | § | |
| **LASALLE CORRECTIONS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

NOW COMES Plaintiff Freddie Cashaw, and Defendant Southwestern Correction L.L.C. d/b/a LaSalle Southwest Corrections[1], in the above-numbered and styled cause, and jointly file this Agreed Motion to Dismiss with Prejudice to dismiss this cause of action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof show:

All matters of fact and things in controversy have now been fully and finally resolved by and between the parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff dismisses this action with prejudice as to any and all claims that could have been asserted by Plaintiff against Defendant herein with prejudice, with all costs taxed against the party incurring same and all attorneys' fees borne by the party incurring same.

Respectfully submitted,

---

[1] Defendant has been incorrectly named as LaSalle Corrections, Inc.

AGREED MOTION TO DISMISS WITH PREJUDICE                                     Page 1

AGREED AS TO FORM:

By: *Freddie Cashaw*
Freddie Cashaw
7316 Brentwood Circle
Woodway, Texas 76712
Fccashaw53@yahoo.com
Cell: 254-339-0014
Home: 254-339-0015
Facsimile: 254-776-7560

**PLAINTIFF**

By: /s/*Janice S. Parker*
Janice S. Parker
State Bar No. 15488050
janice.parker@kdvlaw.com
Sharon S. Gilmore
State Bar No. 24045943
sharon.gilmore@kdvlaw.com
Kaufman Dolowich and Voluck, LLP
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
Telephone: (972) 781-2400
Facsimile: (972) 781-2401
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certified that on this, the 14 day of **December 2022**, a true and correct copy of *Agreed Motion to Dismiss was* served upon all counsel of record, as indicated below, via [ ] United States mail, certified, return receipt requested, [ ] United States regular mail, [√] facsimile, [√] e-mail, [ ] hand delivery, [√] Notice of Electronic Court Filing.

Freddie C. Cashaw
7316 Brentwood Circle
Woodway, Texas 76712
Facsimile: 254-776-7560
Fccashaw53@yahoo.com

*Pro Se Plaintiff*

/s/ *Janice S. Parker*
Janice S. Parker